IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
JAN 11 2017
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CRIMINAL NO. 3:17-cr-**002** |
| | ) | |
| | ) | 18 U.S.C. § 922(a)(6) |
| v. | ) | False Statement During Purchase of |
| | ) | a Firearm |
| | ) | (Counts 1 and 3) |
| | ) | |
| NEHEMYAH H. PENN | ) | 18 U.S.C. § 924(a)(1)(A) |
| | ) | False Statement Regarding |
| and | ) | Information Required to be kept by a |
| | ) | Firearms Dealer |
| VANESSA C. STRINGFIELD, | ) | (Counts 2 and 4) |
| | ) | |
| *Defendants.* | ) | Forfeiture Allegation |

JANUARY 2017 TERM – At Richmond, Virginia

# INDICTMENT

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
(False Statement During Purchase of a Firearm)

On or about September 12, 2016, in the Eastern District of Virginia, the defendants, NEHEMYAH H. PENN and VANESSA C. STRINGFIELD, in connection with the acquisition of a firearm, an Eagle Arms, model Eagle 15, 5.56 x 45 caliber semi-automatic rifle, bearing serial number M2211605, from Green Top Sporting Goods, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Green Top Sporting Goods, which statement was intended and likely to deceive Green Top Sporting Goods as to a fact material to the lawfulness of such sale of the firearm to the defendants under chapter 44 of Title 18, in that the defendants did execute a

Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that they were the actual buyers of the firearm, whereas in truth and fact, they were purchasing the firearm for someone else, and did aid and abet each other in doing so.

(In violation of Title 18, United States Code, Sections 922(a)(6) and 2.)

## COUNT TWO
(False Statement Regarding Information Required to be kept by Firearms Dealer)

On or about September 12, 2016, in the Eastern District of Virginia, the defendants, NEHEMYAH H. PENN and VANESSA C. STRINGFIELD, knowingly made a false statement and representation to Green Top Sporting Goods, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Green Top Sporting Goods, in that the defendants did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record, stating that they were the actual buyers of a firearm, an Eagle Arms, model Eagle 15, 5.56 x 45 caliber semi-automatic rifle, bearing serial number M2211605, whereas in truth and fact, they were purchasing the firearm for someone else, and did aid and abet each other in doing so.

(In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.)

## COUNT THREE
(False Statement During Purchase of a Firearm)

On or about December 16, 2016, in the Eastern District of Virginia, the defendant, NEHEMYAH H. PENN, in connection with the acquisition of a firearm, an American Tactical Imports, model Omni Hybrid Maxx, 5.56 x 45 caliber semi-automatic rifle, bearing serial number NS061981, from Southern Gun World, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Southern Gun World, which statement was intended and likely to deceive Southern Gun World, as to a fact material to the lawfulness of such sale of the firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, and provided a false residence address.

(In violation of Title 18, United States Code, Section 922(a)(6)).

## COUNT FOUR
(False Statement Regarding Information Required to be kept by Firearms Dealer)

On or about December 16, 2016, in the Eastern District of Virginia, the defendant, NEHEMYAH H. PENN, knowingly made a false written statement and representation to Southern Gun World, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Southern Gun World, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, and provided a false residence address regarding the purchase of an American Tactical Imports, model Omni Hybrid Maxx, 5.56 x 45 caliber semi-

automatic rifle, bearing serial number NS061981.

(In violation of Title 18, United States Code, Section 924(a)(1)(A)).

## FORFEITURE ALLEGATION

Pursuant to Rule 32.2 Fed. R. Crim. P., the defendants are hereby notified that upon conviction of the offenses alleged in Counts One through Four of this Indictment, they shall forfeit any firearms and ammunition involved in or used in any knowing violation of the offenses charged. Property subject to forfeiture includes, but is not limited to the following:

1. **An Eagle Arms, model Eagle 15, 5.56 x 45 caliber semi-automatic rifle, bearing serial number M2211605,**
2. **An American Tactical Imports, model Omni Hybrid Maxx, 5.56 x 45 caliber semi-automatic rifle, bearing serial number NS061981.**

(In accordance with Title 18, United States Code, Section 924(d)(1), incorporated by Title 28, United States Code, Section 2461(c)).

A TRUE BILL:  Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

_____
FOREPERSON

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Peters S. Duffey
Assistant United States Attorney

4