GRAND JURY RETURNS
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

FILED JAN 11 2017 CLERK, U.S. DISTRICT COURT RICHMOND, VA

Date 1/11/16  Judge Young, USMJ
Grand Jury Panel # 17-1  Grand Jury Foreperson (✓)
Court Reporter Deanna Arend  Counsel for Govt David Schiller

On motion of the Government, granted by the Court, BENCH WARRANTS shall be issued as follows:

1. US v Nabaya
2. US v Stringfield
3. US v Del Valle-Herrera
4. US v Diary
5. US v
6. US v
7. US v

On motion of the Government, granted by the Court, BENCH WARRANTS as DETAINERS shall be issued as follows:

1. US v
2. US v
3. US v
4. US v
5. US v
6. US v
7. US v

On motion of the Government, SUMMONS shall be issued as follows:

1. US v
2. US v

On motion of the Government, granted by the Court, the following indictments shall be transferred to the _____ Division for docketing and trial:

1. US v
2. US v

Additional Motions, etc: _____

Began: 1:38  Ended: 1:42  Time in Court: 4 mins