CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: NOVAK
REPORTER: FTR
DOCKET NO. 3:17CR002 (MHL)
DATE: January 18, 2017

UNITED STATES OF AMERICA
v.
COUNSEL

1. Nehemyah H. Penn            1. Mary E. Maguire
2. ___                          2. ___

**APPEARANCES:** GOVERNMENT Peter S. Duffey ( )
DEFENDANT WITH COUNSEL (✓)   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )    WAIVER OF APPEARANCE FILED ( )
INTERPRETER _____ ( )

**BAIL STATUS:** DEFENDANT ON BOND ( )   DEFENDANT INCARCERATED (✓)   BOND NOT SET ( )

**TYPE OF PROCEEDINGS:** INITIAL ( ) ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA ( )
PRELIMINARY ( ) DETENTION ( ) MOTIONS ( ) OTHER: BOND RECONSIDERATION
INITIAL ON SUPERVISED RELEASE VIOLATION: PROBATION ( ) PRETRIAL ( )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

**INITIAL HEARING PROCEEDINGS:** DATE OF ARREST: _____ GOVT'S MOTION TO UNSEAL ( )
INITIAL APPEARANCE ( )
INITIAL APPEARANCE (SUPERVISED RELEASE/PROBATION) ( )
COURT SUMMARIZED CHARGES ( ) DEFT. ADVISED OF RULE 5 RIGHTS ( )
FINANCIAL AFFIDAVIT ( ) COUNSEL TO BE APPOINTED ( )
DEFT TO RETAIN COUNSEL ( )
GOVT'S MOTION TO DETAIN DEFT ( ) ORDER OF TEMPORARY DETENTION ( )
DEFT REMANDED ( ) DETENTION HEARING SET: _____

**PRELIMINARY HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( )   FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( )   PROBABLE CAUSE FOUND ( )
MOTION FOR CONTINUANCE ( )   GOVT ( )   DEFT ( )
WITNESS(ES) _____

**BOND RECONSIDERATION**
~~DETENTION~~ HEARING PROCEEDINGS: GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE (✓)
ARGUMENTS HEARD (✓)   FINDINGS STATED FROM BENCH (✓)
DEFT WAIVED HEARING ( )   DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( )   FLIGHT RISK (✓)   DANGER (✓)
DEFENDANT RELEASED ON PR BOND ( )   ELECTRONIC MONITORING ( )
3rd PARTY CUSTODIAN (✓)   MOTION FOR CONTINUANCE ( )   GOVT ( )   DEFT ( )
DEFT REMANDED (✓)
WITNESS(ES) Yvette Reed, Family Friend

**CASE CONTINUED TO:** _____, 20___ AT _____ .M. FOR _____

CASE SET: 2:30   BEGAN: 2:32/2:47   ENDED: 2:40/recess 2:56   TIME IN COURT: 8+9=17