CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION
JUDGE: Lauck
REPORTER: Diane Daffron, OCR
DOCKET NO. 3: 17CR2
DATE: January 18, 2017

UNITED STATES OF AMERICA        COUNSEL
v.

1. Nehemyah H. Penn             1. Mary Maguire
2.                              2.
3.                              3.
4.                              4.

APPEARANCES: GOVERNMENT _Peter Duffey_ (✓)
DEFENDANT WITH COUNSEL (✓)   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )

BAIL STATUS: DEFENDANT ON BOND ( )   DEFENDANT INCARCERATED (✓)   BOND NOT SET ( )

TYPE OF PROCEEDINGS: ARRAIGNMENT (✓)   REARRAIGNMENT/GUILTY PLEA ( )   MOTIONS ( )
OTHER: _____ ( )

PRELIMINARY PROCEEDINGS:
WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

ARRAIGNMENT PROCEEDINGS:

| | DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|---|
| 1 | Penn | X | | | ct-1 | X | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |

GUILTY PLEA PROCEEDINGS:
DEFENDANT WITHDREW PLEA OF NG AS TO COUNT(S) _____ ( )
DEFENDANT REARRAIGNED ON COUNT(S) _____ ( )
PLEA BARGAIN AGREEMENT FILED ( )
STATEMENT OF FACTS FILED ( )   USED AS SUMMARY ( )
DEFENDANT ENTERED PLEA(S) OF GUILTY AS TO COUNT(S) _____ ( )
COURT ACCEPTED PLEA ( )   GOVERNMENT SUMMARIZED EVIDENCE ( )
JUDGMENT: DEFENDANT GUILTY AS CHARGED IN COUNT(S) _____ ( )
PRESENTENCE REPORT ORDERED ( )   P.S.I. WAIVED ( )
SENTENCING GUIDELINE ORDER ENTERED ( )

BOND HEARING PROCEEDINGS:
DEFENDANT CONTINUED ON PRESENT BOND ( )   DEFT REMANDED ( )
DEFENDANT PLACED ON PR BOND IN AMOUNT OF $_____ ( )
BENCH WARRANT TO ISSUE ( )   MOTION DENIED ( )

OTHER PROCEEDINGS: Motions filed w/in 11 days, responses filed w/in 11 days, any reply filed w/in 5 days. Jury instructions and proposed voir filed 7 days Calendars before trial. Motions in limine 3 days prior to trial.

CASE CONTINUED TO: 3/23-24, 2017 AT 10:00 A.M. FOR Jury Trial

CASE SET: 3:00   BEGAN: 3:41   ENDED: 3:48   TIME IN COURT: :07